O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE W. NSILU,<br><br>             Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>             Defendants. | Case No. 2:18-cv-10433-ODW (Ex)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///

## JUDGMENT

In light of the Court's Order **GRANTING** Wells Fargo N.A.'s Motion to Dismiss (ECF No. 20), and dismissal of all other Defendants for failure to provide proof of service under FRCP 4(m), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Wells Fargo N.A. shall have **JUDGMENT** in its favor;
2. Plaintiff shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 23, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**